## <u>HEARING MINUTES</u>

Cause No:     4:24-cv-2202

Style:     *Parker v. The Dufresne Spencer Group, LLC*

Hearing Type:  Miscellaneous Hearing

**Appearances:**

| <u>Counsel</u> | <u>Representing</u> |
| --- | --- |
| Mona Amini | Plaintiffs |
| Michelle Rose Gomez | The Dufresne Spencer Group, LLC |

Date:  March 4, 2026          Court reporter: ERO
Time: 2:18 pm – 2:20 pm       Law Clerk:  E. Robins

At the hearing, the following rulings were made as stated on the record:

The Court held a final settlement hearing (Dkt. 23).  The Court **GRANTS** the Unopposed Motion for Settlement (Dkt. 26). The Court **GRANTS** the Motion for Attorney Fees (Dkt. 25).